U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 3 1 2015

TONY R. MOORE, CLERK
BY_____
      DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

JUSTIN DALE TUREAU                      DOCKET NO.:1:13-cv-02969

VERSUS
                                        JUDGE DEE D. DRELL
2H, INC., ET AL.                        MAGISTRATE JUDGE JAMES D. KIRK

J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge=s findings under the applicable law;

**IT IS ORDERED** that the motion for more definite statement is **DENIED**.

**IT IS FURTHER ORDERED** that the motion to dismiss is **GRANTED** in part and **DENIED** in part. Tureau's claims for fraud, punitive damages, continuing tort, continuing trespass, continuing nuisance, civil fruits, ultrahazardous activity, unjust enrichment and claims under Louisiana Civil Code articles 2317 and 2322, 2688, Mineral Code article 22 and Restatement (Second) of Torts §324(A) is **DISMISSED**. In all other respects, the motion to dismiss is **DENIED**.

**IT IS FURTHER ORDERED** that Tureau is afforded leave to amend his complaint within 20 days of the adoption of this Report and Recommendation.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana on this 31st day of July, 2015.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT